**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **MICHAEL MATHIS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **VS.** | : | |
| | : | **NO. 5:15-CV-188-LJA-CHW** |
| **Assistant District Attorney TISDALE,** | : | |
| *et al.*, | : | **Proceedings Under 42 U.S.C. § 1983** |
| | : | **Before the U.S. Magistrate Judge** |
| **Defendants.** | : | |
| | : | |

**<u>ORDER</u>**

*Pro se* Plaintiff Michael Mathis filed a civil rights complaint pursuant to 42 U.S.C. § 1983, which was dismissed without prejudice over seven years ago. (Docs. 10, 11). Since the case was dismissed, Plaintiff has filed letters and motions to execute a judgment as if he received one in his favor. (Docs. 12-13, 15, 16, 18, 20-23, 25-27). The Clerk of Court has informed the Plaintiff that no judgment exists in his favor (Docs. 14, 17, 19), and the Court has dismissed these motions as futile. (Docs. 24, 28).

Now pending before the Court is Plaintiff's motion for contempt against the State of Georgia; the Georgia Department of Human Services, Child Support Division; and David Bunt, the Clerk of Court for the Middle District of Georgia (Doc. 29), none of which were parties to the dismissed suit. Plaintiff's motion alleges a conspiracy against him between the Child Support Division and Mr. Bunt based upon alleged fraud for Mr. Bunt's informing Plaintiff that he did not receive a judgment in his favor and that this case was dismissed. (*Id.*)

As Plaintiff has been previously advised, this case is closed, and he did not receive a judgment in his favor. Therefore, is no judgment to execute, collect, or on which to hold someone in contempt. Even if the above-styled case had been resolved in Plaintiff's favor, the non-parties

against whom Plaintiff now seeks contempt would not be subject to that judgment. Just as with Plaintiff's previous motions, his motion for contempt (Doc. 29) is frivolous and without merit, and is hereby **DISMISSED**.

      **SO ORDERED**, this 24th day of March, 2023.

                       s/ Charles H. Weigle
                       Charles H. Weigle
                       United States Magistrate Judge